```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                          ASHEVILLE DIVISION
                          1:05CV262-MU-02
```

ALVIN WALTER WEST,              )
     Petitioner,               )
                               )
        v.                     )              ORDER
                               )
WILLARD JOBE, Supt.,           )
     Respondent.               )
_____)

**THIS MATTER** comes before the Court on petitioner's Petition

Under 28 U.S.C. §2254 For Writ Of Habeas Corpus . . . ," filed

July 19, 2005.

By the subject Petition, the petitioner alleges that he was

subjected to a violation of his privilege against double jeopardy

by virtue of having been convicted of fraud and theft of certain

credit cards which he previously was convicted of having posses-

sed.

This Court's review of the Petition reflects that it is far

from clear that the petitioner is entitled to relief on his

claim; and that it is equally unclear whether the instant Peti-

tion even was timely filed in this Court.  Nevertheless, out of

an abundance of caution, the Court will direct the Attorney

General to file an Answer or other response to the instant

Petition.  In particular, such Answer or response should address

both the timeliness of this Petition and the claim which the

petitioner has raised therein.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1.  That no later than forty (40) days from the receipt of this Order, the Attorney General for the State of North Carolina shall file an Answer as above directed; and

2.  That the Clerk shall send a copy of this Order to the petitioner and to the North Carolina Attorney General.

**SO ORDERED.**

Signed: August 1, 2005

Graham C. Mullen
Chief United States District Judge