# United States District Court
# For The Western District of North Carolina
# Asheville Division

Alvin Walter West,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                        1:05xcv262

Willard Jobe,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/15/05 Order.

                                                FRANK G. JOHNS, CLERK

November 16, 2005

                                                      s/Joan Gosnell
                                      BY: _____
                                                Joan Gosnell, Deputy Clerk